UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEV TESLER,

                Plaintiff,

vs.                             Case No. 3:12-cv-411-J-20JBT

BJ'S WHOLESALE CLUB, INC.

                Defendant.
_____/

## **JUDGMENT IN A CIVIL CASE**

__X__ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment be entered on the complaint for Defendant, BJ's Wholesale Club, Inc.

Sheryl L. Loesch
Clerk

Date: January 21, 2014

                /s/ Marsha Grant
By:    Deputy Clerk

Copies to:
Jeffrey Klink, Esq.
Dionysia Johnson-Massie, Esq.
Patrick DeBlasio, III, Esq.
Ashley Fitzgerald, Esq.